UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARTYNA ZUCHOWSKA,

                Plaintiff,

v.                                                   <u>ORDER</u>

GARY BERMAN,                               19-cv-02898 (PMH)

                Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        This matter has recently been reassigned to me. As there has been no activity on this docket since September 27, 2019, the parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by April 27, 2020.

Dated: New York, New York
           April 8, 2020

_____
Philip M. Halpern
United States District Judge