UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARTYNA ZUCHOWSKA,

                Plaintiff,

v.

GARY BERMAN

                Defendant.
-------------------------------------------------------------X

ORDER

19-cv-2898 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

SO-ORDERED.

Dated: New York, New York
        July 21, 2020

_____
Philip M. Halpern
United States District Judge